UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$152,163.00 IN U.S. CURRENCY,<br><br>        Defendant.<br><br>ROSA MACHADO AND BRIAN PARRA,<br><br>        Claimants. | NO. EDCV 17-1127 JLS (SPx)<br><br>CONSENT JUDGMENT OF FORFEITURE |

    Plaintiff and Claimants Rosa Machado ("Machado") and Brian Parra ("Parra") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

    The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

    1.    This Court has jurisdiction over the parties and the subject matter of this action.

2. The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. All potential claimants to the defendant $152,163.00 in U.S. Currency ("defendant currency") other than Machado and Parra are deemed to have admitted the allegations of the Complaint.[1] The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. $60,000.00 00 in of the $131,700.00 portion of the defendant funds, without interest, shall be returned to Machado through her counsel. The United States Marshals Service shall release said funds by wire transfer to Machado's counsel, who shall provide the information necessary to make the wire transfer (including bank account and routing information) forthwith. Machado and her attorney shall provide any and all information, including personal identifiers, needed to process the return of these funds according to federal law. The United States Marshals Service shall make the transfer within 60 days of the entry of this judgment or its receipt of the necessary information, whichever is later.

4. Parra's claim to the $20,463.00 portion of the defendant currency is withdrawn.[2]

5. The government shall have judgment as to the remaining $92,163.00 in U.S. currency, and no other right, title or interest shall exist therein. The government shall dispose of the forfeited funds according to law.

---

[1] The defendant currency is a combination of $131,700.00 in U.S. currency seized on July 28, 2016 and $20,463.00 in U.S. Currency July 20, 2016.

[2] Parra filed a claim of interest as to $20,553.00 in U.S. currency contesting the forfeiture of the currency seized on July 20, 2016. At the time of seizure, the total amount of the July 20 currency was believed to be $20,653.00. A later count revealed $190 in counterfeit bills, leaving a total of $20,463.00, the amount stated in the Verified Complaint for Forfeiture.

6. Machado and Parra have agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the defendant currency and/or the commencement of this civil forfeiture action, including, without limitation, any claim for attorneys' fees or costs which may be asserted on behalf of Claimant against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. If Machado and/or Parra submitted a petition for remission to the defendant currency in any proceedings, Machado and Parra hereby stipulate to withdraw the petition, and waive any rights they may have to seek remission or mitigation of the forfeiture of the defendant currency.

7. The Court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant currency.

**IT IS SO ORDERED.**

DATED: December 07, 2017

_____
THE HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE